No. 657. Vías *v.* Estate of Pérez.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided December 5, 1910. Motion denied. The petitioner appeared in his own behalf.

---

No. 68. Torres *v.* Gill, District Judge.—Application for a writ of *certiorari.* Decided December 12, 1910. Application denied because it was not sworn. *Mr. Rafael López Landrón* for petitioner.

---

No. 644. Ortíz *v.* Flores.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided December 12, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Tomás Bernardini de la Huerta* for petitioner. *Mr. José C. Ramos* for respondent.

---

No. 645. Vallejo *v.* The Municipal Court of Cayey, Successors of Tomás Cano & Co., Intervenors.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided December 12, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Tomás Bernardini de la Huerta* for petitioner. *Mr. José C. Ramos* for respondent.

---

No. 283. The People *v.* Escalera.—Appeal from the District Court of San Juan. Decided December 12, 1910. Judgment affirmed. *Mr. Adrián Agosto* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.